**PETITION: SMALL CLAIMS CASE**

FILED

CASE NUMBER (Court Use Only): 32-SC-15-0005   2015 FEB 10 PM 3:36



JUSTICE COURT
PCT. 3 PL. 2
COLLIN COUNTY, TEXAS

Plaintiff(s): _David E. Mack_
Address: _7720 McCallum Blvd. #2099_
_Dallas_      _Texas_      _75252_      _972-735-9642_
City           State         Zip           Phone

**IN THE JUSTICE COURT**

JUSTICE OF THE PEACE
PRECINCT _3-2_

VS.

Defendant(s): _Midland Credit Management, Inc._
Address: _8875 Aero Drive, Suite 200_
_San Diego_      _CA_      _92123_      _800-825-8131_
City              State     Zip           Phone

COLLIN COUNTY, TEXAS

**COMPLAINT:** The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
_Plaintiff received a call on his wireless phone on Jauary 14, 2014 at 2:41 PM from the Defendant who used ATDS capable equipment to call his wireless phone number 682-5601675 from 877-237-0512 without Plaintiff's express consent to do so in violation of Texas Business and Commerce Code Ann. § 305.053_

**RELIEF:** Plaintiff seeks damages in the amount of $ _1500_, and/or return of personal property as described as follows (be specific): _____, which has a value of $_____.
Additionally, plaintiff seeks the following: _all costs of this action inclduing but not limited to, any attorney's fees_

**SERVICE OF CITATION:** Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
_Corporation Service Company d/b/a/ CSC-Lawyers Incorporating Service Company, 211 E. 7th St._

☐ If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address:

_David E. Mack_
Petitioner's Printed Name

Signature of Plaintiff or Attorney

**Defendant's Information (If known):**
Date of Birth: _____
Last 3 Numbers of Driver's License: _____
Last 3 Numbers of SSN: _____
Defendant's Phone Number: _800-825-8131_

_7720 McCallum Blvd. #2099_
Address of Plaintiff or Attorney
_Dallas_      _Texas_      _75252_
City          State         Zip
_972-735-9642_
Phone Number/Fax Number